Steven N. Williams (SBN 175489)
Kai'Ree Howard (SBN 351830)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, 1100
San Francisco, CA 94105
Phone:  415-697-1509
swilliams@stevenwilliamslaw.com
khoward@stevenwilliamslaw.com

Attorneys for Plaintiff
Hatice Okcu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HATICE OKCU,<br><br>    Plaintiffs,<br><br>vs.<br><br>BACKBLAZE, INC., BRIAN WILSON, SEAN HARRIS, DERMAN UZUNOGLU, AND DOES 1- 10,<br><br>    Defendants | Case No.: 3:23-cv-00614-TLT<br><br>STIPULATION OF DISMISSAL (FED. R. CIV. PROC. 41(a) AND ORDER OF DISMISSAL |

  Plaintiff Hatice Okcu and Defendants Backblaze, Inc., Brian Wilson, Sean Harris and Derman Uzunoglu hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

STIPULATION OF DISMISSAL (FED. R. CIV. PROC. 41(a) AND ORDER OF DISMISSAL - 1
CASE NO. 3:23-CV-00614-TLT

Dated: April 24, 2024                    STEVEN WILLIAMS LAW, P.C.

                                         */s/ Steven N. Williams*
                                         By: Steven Williams
                                         Attorneys for Plaintiff
                                         Hatice Okcu

Dated: April 24, 2024                    GORDON REES SCULLY MANUKHANI, LLP

                                         */s/ Robert M. Bodzin*
                                         By: Robert M. Bodzin
                                         Attorneys for Defendants
                                         Backblaze, Inc., Brian Wilson, Sean Harris
                                         and Derman Uzunoglu

STIPULATION OF DISMISSAL (FED. R. CIV. PROC. 41(a) AND ORDER OF DISMISSAL - 2
CASE NO. 3:23-CV-00614-TLT

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: __April 24, 2024__

_____
HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE